M. Douglas Flahaut (SBN 245558)
**ECHO PARK LEGAL, APC**
2210 Sunset Blvd. # 301
Los Angeles, CA  90026
Telephone:      310.709.0658
Email:  df@echoparklegal.com
*Proposed* Counsel for Debtor and Debtor-in-
Possession Lytton Vineyard & Winery, LP

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re | Case No. 1:24-bk-11748-VK |
| **Lytton Vineyard & Winery, L.P.,** | Chapter 11 |
| Debtor and Debtor-in-Possession | **SPECIFIC NOTES, METHODOLOGY, AND DISCLAIMERS, AND RESERVATION OF RIGHTS REGARDING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS** |

Lytton Vineyard & Winery, L.P., as debtor and debtor-in-possession in the above-captioned chapter 11 case ("Lytton" or "Debtor") files its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") concurrently herewith.  These Specific Notes, Methodology and Disclaimers, Reservation of Rights Regarding the Debtor's Schedules and SOFA (the "Specific Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Debtor's Schedules and/or SOFA.

The Schedules and SOFA do not purport to represent financial statements prepared in accordance with General Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor.  Additionally, the Schedules and SOFA contain unaudited information that is subject to further review, potential

adjustment, and reflect the Debtor's best commercially reasonable efforts to report the assets and liabilities of the Debtor.

## I.  OVERVIEW OF METHODOLOGY AND DISCLAIMERS

**Net Book Value of Assets:**  Unless otherwise indicated, the asset data contained in the Schedules and SOFA reflect the best available net book value as of October 18, 2024.  Book values of assets generally do not reflect the current performance of the assets and may differ from the actual fair market value of the underlying assets.

**Recharacterization:** Notwithstanding the Debtor's commercially reasonable efforts to properly characterize, classify, categorize, or designate certain claims assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA, the Debtor may nevertheless have improperly characterized, classified categorized, designated, or omitted certain items.  Accordingly, the Debtor reserves all its rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules of SOFA at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.  Disclosure of information in one or more Schedules, one or more SOFA questions, or one or more exhibits or attachments to the Schedules or SOFA, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, SOFA, and/or the exhibits and attachments thereto.

**Liabilities:**  The Debtor has sought to allocate liabilities between the pre-petition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and SOFA.  As additional information becomes available and further research is conducted, the allocation of liabilities between the pre-petition and post-petition periods may change.  Accordingly, the Debtor reserves all rights to amend, supplement, or otherwise modify its Schedules and SOFA as is appropriate.

**Excluded Assets and Liabilities:**  The Debtor has excluded certain categories of assets, tax accruals, and liabilities from the Schedules and SOFA, including without limitation, goodwill.

The Debtor has also excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage claims exist.

**Insiders:**  For purposes of the Schedules and SOFA, the Debtor defined 'insiders' pursuant to Section 101(31) of the Bankruptcy Code.  Persons listed as 'insiders' have been included for informational purposes only and the inclusion of them in the Schedules and/or SOFA shall not constitute an admission that those persons are insiders for purposes of Section 101(31) of the Bankruptcy Code.  Moreover, the Debtor does not take any position with respect to: (1) any insider's influence or control over the Debtor; (2) the management responsibilities or functions of any such insider; (3) the decision making or corporate authority of any such insider; or (4) whether the Debtor or any such insider could successfully argue that he or she is not an 'insider' under applicable law or with respect to any theories of liability or for any other purpose.

**Classifications:**  Listing (1) a claim on Schedule D as 'secured'; (2) a claim on Schedule E/F as 'priority'; (3) a claim on Schedule E/F as 'unsecured'; or (4) a contract on Schedule G as 'executory' or 'unexpired' does not constitute an admission of the Debtor regarding the legal rights of the claimant or a waiver of any party-in-interests rights to seek to recharacterize or reclassify such claims or contracts and/or to setoff against such claims.

**Causes of Action:**  Despite making commercially reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in the Schedules and SOFA, including, without limitation, causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy law to recover or avoid transfers.  The Debtor reserves all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability damage, judgment, account, defense, power, privilege, and license, of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on or after the Petition Date, in contract or in tort, in law or

in equity, or pursuant to any other theory of law (collectively the "Causes of Action") it may have, and neither these Specific Notes nor the Schedules and SOFA shall be deemed a waiver of any such Causes of Action or in any way prejudice or impair the assertion of such Causes of Action.

**Summary of Significant Reporting Policies:**  The description of an amount as 'unknown' or leaving the amount blank is not intended to reflect upon the materiality of such amount.  If the dollar amount is left blank (rather than listed as $0), that is because the amount is unknown or undetermined.  All totals that are included in the Schedules and SOFA represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

**Currency:**  Unless otherwise indicated, all amounts are reflected in U.S. Dollars.

**Specific Notes Control:** In the event that the Schedules or SOFA differ from any of the specific notes below, the Specific Notes shall control.

**Value Amounts Blank:** In general where an asset is listed in the Schedules and the value amount is blank, that is because the value of the asset or item listed is unknown.  When a value is not listed, that is not an representation or indication from the Debtor that the value is zero.  If the value of an asset or item is believed to be zero, a zero will appear in the value column.

<u>**SPECIFIC NOTES**</u>

**Schedule A/B, Part 1, Question 3:** By the petition date, the Debtor had zeroed out all its other accounts and all funds held were held in its pre-petition operating account which is listed. The other accounts (with zero balances) are described below:

| <u>Chase Bank</u> | <u>Last 4 Digits of account #</u> | <u>Balance at 10/18/24</u> |
|---|---|---|
| Payroll Account | 0988 | $0 |
| Sales Tax Account | 5686 | $0 |
| Wedding Account | 1911 | $0 |
| Wine Making Account | 1671 | $0 |
| Petty Cash Account | 1523 | $0 |

- 4 -

**Schedule A/B, Part 9, Question 58:** The Debtor believes that secured creditor American AgCredit has paid for and obtained an appraisal of the Debtor's real property within the past year. However, the Debtor has not been provided a copy of such appraisal. The Debtor is not aware of any other appraisal performed within the last year.

**Schedule A/B, Part 10, Question 67:** The Debtor maintains a list of the members of its wine club that contains their names and addresses.

**Schedule D:** Here we've listed the value of the two bank's collateral as $12,000,000 as that was the purchase price for substantially all assets pre-petition. On Schedule A/B, we listed the value as the book value, which was slightly higher.

**Schedule D, Part 2:** Commerce Bank of Temecula is listed here because on information and belief its interests were assigned to Nano Banc. American Express National Bank; Bank of the West, and H&A Financing and Services are listed here for notice purposes as they showed up on a lien search performed by the Debtor pre-petition. The Debtor believes that any filings by these last three entities are either related to the secured debts described in Part 1 and/or have been satisfied pre-petition or relate to property the Debtor does not own such that they are not secured creditors of this estate.

**Schedule E/F, Part 1:** The Debtor has listed severance claims for various pre-petition employees consisting of two weeks of their salaries. The Debtor informed the employees that it believed paying them a two-week severance was appropriate upon termination in recognition of their long and valuable tenure with the Debtor. However, the employees were informed that these severance payments could not be made immediately on account of the Debtor's cash position and would be made after a sale was consummated.

**Statement of Financial Affairs, Part 11, Question 21:** Wine club members were charged for their quarterly shipments pre-petition. However, some of purchased wine remained on premises either because the customers are going to pick it up or because it had yet to be shipped. The Debtor estimated the amount of purchased wine still at its premises as having a value of $50,000.

**Statement of Financial Affairs, Part 13, Question 26d:**  The Debtor provided certain financial information to both Nano Banc and American AgCredit in 2024 in connection with its efforts to negotiate forbearances.  The Debtor reserves all rights as to whether the information provided constituted "Financial Statements" as that term is commonly defined, but lists the two banks here in the interest of full disclosure.

**Statement of Financial Affairs, Part 13, Question 30:**  Maribeth Levine took no salary in the year prior to the petition date.  However, the debtor did pay for her local house rental (so she could be onsite and perform her managerial duties) as well her vehicle lease payments.  These payments totaled $52,600 for the year prior to the petition date.

## **RESERVATION OF RIGHTS**

Reasonable efforts have been made to prepare and file complete and accurate Schedules and SOFA; however, inadvertent errors or omission may exist.  The Debtor reserves all right to (i) amend or supplement the Schedules and/or SOFA from time to time, in all respects, as may be necessary or appropriate; (ii) dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules or SOFA as to amount, liability, priority, status, or classification; (iii) subsequently designate any claim as disputed, contingent, or unliquidated; or object to the extent, validity, enforceability, priority, or avoidability of any claim. Furthermore, nothing contained in the Schedules or SOFA shall constitute a waiver of rights with respect to the Debtor's chapter 11 case, including without limitation, issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy law to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in these Specific Notes does not limit in any respect this general reservation of rights.

**Fill in this information to identify the case and this filing:**

Debtor Name __Lytton Vineyard & Winery, L.P.__

United States Bankruptcy Court for the: __Central__ District of __CA__
(State)

Case number (if known): __1:24-bk-11748-VK__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule _____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/8/2024__    ✗ _____
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

RICHARD   J.  LASKI
Printed name

INTERIM  CEO
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name  Lytton Vineyard & Winery, L.P.

United States Bankruptcy Court for the:  Central _____ District of  California
_____(State)

Case number (If known):  1:24-bk-11748-BK

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $              0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. JP Morgan Chase Bank | Checking-Operating | 1200 ___ ___ ___ | $         43,118.00 |
| 3.2. JP Morgan Chase Bank | Other-see notes | ___ ___ ___ ___ | $              0.00 |

4. **Other cash equivalents** *(Identify all)*

4.1. _____    $_____
4.2. _____    $_____

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $         43,118.00

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1._____    $_____
7.2._____    $_____

Debtor   Lytton Vineyard & Winery, L.P.                           Case number (*if known*) 1:24-bk-11748-BK
         Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____   $_____

8.2. _____   $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|
| 11. **Accounts receivable** |  |  |  |
| 11a. 90 days old or less: | 23905.03 <br> face amount | – 0 <br> doubtful or uncollectible accounts | = ...... ➜  $ 23,905.00 |
| 11b. Over 90 days old: | 1192.43 <br> face amount | – 1192.43 <br> doubtful or uncollectible accounts | = ...... ➜  $ 0.00 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ 23,905.00

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** |  |  |
| Name of fund or stock: |  |  |
| 14.1. _____ | _____ | $_____ |
| 14.2. _____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

| 15.1. _____ | _____% | _____ | $_____ |
| 15.2. _____ | _____% | _____ | $_____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1. _____ | _____ | $_____ |
| 16.2. _____ | _____ | $_____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $_____

---

| Debtor | Lytton Vineyard & Winery, L.P. | Case number (if known) | 1:24-bk-11748-BK |
|---|---|---|---|
| | Name | | |

---

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| Wine | 05/2024 MM / DD / YYYY | $_____ | Cost | $ 979,167.00 |
| **22. Other inventory or supplies** | | | | |
| Merchandise | ___/___/___ MM / DD / YYYY | $_____ | Estimated FMV | $ 5,000.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.          ✓          $ 984,167.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor ____Lytton Vineyard & Winery, L.P._____    Case number *(if known)*__1:24-bk-11748-BK_____
            Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Furniture & Fixtures | $ 81,914.00 | Net book value | $ 81,914.00 |
| 40. **Office fixtures** <br> _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Included in Machinery & Equipment | $_____ | | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 81,914.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    <u>Lytton Vineyard & Winery, L.P.</u>
     Name
Case number *(if known)* <u>1:24-bk-11748-BK</u>

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Restaurant and wine making equipment | $ 110,393.00 | Net book value | $ 110,393.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $ 110,393.00 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Lytton Vineyard & Winery, L.P.
_____
Name                                    Case number (if known) 1:24-bk-11748-BK
_____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Land, buildings, improvements | 100% | $_____ | Net book value | $    12,106,292.00 |
| 55.2 Avensole Winery | _____ | $_____ | _____ | $_____ |
| 55.3 34567 Rancho California Rd | _____ | $_____ | _____ | $_____ |
| 55.4 Temecula, CA 92591 | _____ | $_____ | _____ | $_____ |
| 55.5 | _____ | $_____ | _____ | $_____ |
| 55.6 | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$    12,106,292.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Trademarks | $_____ | Value unknown | $_____ |
| 61. **Internet domain names and websites**<br>www.avensolewinery.com | $_____ | Value unknown | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Wine club list | $_____ | Value unknown | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor    Lytton Vineyard & Winery, L.P.                    Case number *(if known)*  1:24-bk-11748-BK
　　　　　Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No

☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____     _____ – _____  = ➔  $_____
　　　　　　　　　　　　　　Total face amount  doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____   $_____
_____    Tax year _____   $_____
_____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          $_____

**Nature of claim**     _____

**Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          $_____

**Nature of claim**     _____

**Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

_____                          $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Expected ERTC claim _____   $_____435,222.00

_____        $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____435,222.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Lytton Vineyard & Winery, L.P.    Case number (if known) 1:24-bk-11748-BK
        Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 43,118.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 23,905.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 984,167.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 81,914.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 110,393.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ....................................➔ | | $12,106,292.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 435,222.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 1,678,719.00 | + 91b. $ 12,106,292.0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................... $ 13,785,011.00

**Fill in this information to identify the case:**

Debtor name __Lytton Vineyard & Winery, L.P.__

United States Bankruptcy Court for the: __Central__ District of __California__
(State)

Case number (If known): __1:24-bk-11748-VK__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>Nano Banc | Describe debtor's property that is subject to a lien<br>Real & personal property located at<br>34567 Rancho California Rd<br>Temecula, CA 92591 | $ 4,368,886.09 | $ 12,000,000.00 |

**2.1** Creditor's name
Nano Banc

Creditor's mailing address
25220 Hancock Ave #140
Murrieta, CA 92562

Creditor's email address, if known
_____

Date debt was incurred  __12/16/2014__
Last 4 digits of account number  __7100__ ___ ___
Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
  1-Nano Banc, 2-American AgCredit,
  3-SBA (with respect to personal prop.)

Describe debtor's property that is subject to a lien
Real & personal property located at
34567 Rancho California Rd
Temecula, CA 92591

Describe the lien
1st deed of trust; UCC-1
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,368,886.09   $ 12,000,000.00

**2.2** Creditor's name
American AgCredit

Creditor's mailing address
Dept 34777, PO Box 39000
San Francisco, CA 94139-0001

Creditor's email address, if known
_____

Date debt was incurred  __11/20/2015__
Last 4 digits of account number  __2405__ ___ ___
Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  ☑ Yes. The relative priority of creditors is specified on lines 2.1

Describe debtor's property that is subject to a lien
Real & personal property located at
34567 Rancho California Rd
Temecula, CA 92591

Describe the lien
2nd deed of trust; UCC-1
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,643,915.89   $ 12,000,000.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**       $ 6,160,239.98

| Debtor | Lytton Vineyard & Winery, L.P. | Case number *(if known)* 1:24-bk-11748-VK |
|---|---|---|
| | Name | |

## Part 1: Additional Page

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

### 2.3

**Creditor's name**
SBA

**Creditor's mailing address**
409 3rd St SW
Washington, DC 20416

**Creditor's email address, if known**
covideidlservicing@sba.gov

**Date debt was incurred** 6/17/2020
**Last 4 digits of account number** 7810 ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____

   ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**
Personal property of debtor    $ 147,438.00    $ 2,000,000.00

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

### 2._

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____    $ _____    $ _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Lytton Vineyard & Winery, L.P.                                      Case number (if known)  1:24-bk-11748-VK
           Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Commerce Bank of Temecula Valley<br>25220 Hancock Ave, Suite 140<br>Murrieta, CA 92562 | Line 2. _1_ | __ __ __ __ |
| American Express National Bank<br>4315 south 2700 West<br>Salt Lake City, UT 84184 | Line 2. __ | __ __ __ __ |
| Bank of the West<br>2527 Camino Ramon, NC-B07-3F-R<br>San Ramon, CA 94583 | Line 2. __ | __ __ __ __ |
| H&A Financing and Services<br>1225 E Macarthur St<br>Sonoma, CA 95476 | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Lytton Vineyard &amp; Winery, L.P.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Central District of California <br>(State)</td></tr>
<tr><td>Case number <br>(If known)</td><td>1:24-bk-11748-VK</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
CDTFA-MEB
1220 N Street
Sacramento, CA 95814

As of the petition filing date, the claim is:    $ 106,636.09    $ 106,636.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/2024

**Last 4 digits of account number**    5216 ___ ___ ___

Basis for the claim:
Sales tax

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Mandy Rayfield
44203 Parcella Ct
Temecula, CA 92592

As of the petition filing date, the claim is:    $ 4,230.77    $ 4,230.77
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/2024

**Last 4 digits of account number**    ___ ___ ___ ___

Basis for the claim:
Severance (2 weeks)

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.3** Priority creditor's name and mailing address
Sharon Cannon
39775 Intrepid Rd
Temecula, CA 92592

As of the petition filing date, the claim is:    $ 3,115.38    $ 3,115.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/2024

**Last 4 digits of account number**    ___ ___ ___ ___

Basis for the claim:
Severance (2 Weeks)

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor    Lytton Vineyard & Winery, L.P.
_____
Name

Case number *(if known)* 1:24-bk-11748-VK
_____

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.4** Priority creditor's name and mailing address

Taylor Israelsen
42640 Moraga Rd #204
Temecula, CA 92591

$ 3,076.92    $ 3,076.92

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/2024

**Basis for the claim:**
Severance (2 weeks)

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.5** Priority creditor's name and mailing address

Jennifer Beaudreau
658 Zaharias Ave
Hemet, CA 92545

$ 2,560.00    $ 2,560.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/2024

**Basis for the claim:**
Severance (2 weeks)

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.6** Priority creditor's name and mailing address

Monica Lyon
40207 Via Acuna
Murrieta, CA 92562

$ 2,240.00    $ 2,240.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/2024

**Basis for the claim:**
Severence (2 weeks)

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.7** Priority creditor's name and mailing address

_____
_____
_____

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

| Debtor | Lytton Vineyard & Winery, L.P. | Case number *(if known)* 1:24-bk-11748-VK |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

24 Hour Express Services

26047 Jefferson Ave #D

Murrieta, CA 92562

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred 1/2024

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 865.00

---

**3.2** Nonpriority creditor's name and mailing address

Alsco

760 Shadowridge Dr

Vista, CA 92083

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier

Date or dates debt was incurred 7/2024-10/2024

Last 4 digits of account number 4420 ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,052.59

---

**3.3** Nonpriority creditor's name and mailing address

Another One Wipes the Dust

37104 Galileo Lane

Murrieta, CA 92562

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** (Notice only)

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.4** Nonpriority creditor's name and mailing address

Arentfox Schiff LLP

555 W Fifth St, 48th Floor

Los Angeles, CA 90013

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal services

Date or dates debt was incurred 7/2024-8/2024

Last 4 digits of account number 5712 ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 29,873.00

---

**3.5** Nonpriority creditor's name and mailing address

ATP Inc

2 Madison Ave #210

Larchmont, NY 10538

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sevices

Date or dates debt was incurred 6/2024

Last 4 digits of account number 2700 ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,348.59

---

**3.6** Nonpriority creditor's name and mailing address

Better Beverage

10624 Midway Ave

Cerritos, CA 90703-1581

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier

Date or dates debt was incurred 8/2024-10/2024

Last 4 digits of account number 1895 ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 208.08

---

| Debtor | Lytton Vineyard & Winery, L.P. | Case number *(if known)* 1:24-bk-11748-VK |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** | Nonpriority creditor's name and mailing address

Blue Shield of California

PO Box 749415
Los Angeles, CA 90074-9415

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim:  (Notice only)

Date or dates debt was incurred    10/2024

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.8** | Nonpriority creditor's name and mailing address

Butler Chemicals Inc

3070 E Ceena Ct
Anaheim, CA 92806

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12,458.23

Basis for the claim:  Supplier

Date or dates debt was incurred    5/2024-10/2024

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   9A09 & 9A11

---

**3.9** | Nonpriority creditor's name and mailing address

Card Service Center

PO Box 569100
Dallas, TX 75356

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.76

Basis for the claim:  Services

Date or dates debt was incurred    1/2024

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.10** | Nonpriority creditor's name and mailing address

CBC Technical Inc

27470 Aqua Vista Way
Temecula, CA 92591

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,685.00

Basis for the claim:  Services

Date or dates debt was incurred    2023 & 1&2/2024

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.11** | Nonpriority creditor's name and mailing address

Central Restaurant Products

PO Box 78070
Indianapolis, IN 46278-0070

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 184.29

Basis for the claim:  Supplier

Date or dates debt was incurred    5/2024

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor  Lytton Vineyard & Winery, L.P.
        Name
Case number *(if known)* 1:24-bk-11748-VK

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Cintas

PO Box 29059

Phoenix, AZ 85038-9059

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,923.83

Basis for the claim: Supplier

Date or dates debt was incurred  7/2024-10/2024

Last 4 digits of account number  2506 __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Cintas Corp - Janitorial

PO Box 25059

Phoenix, AZ 85038-9059

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 26,504.03

Basis for the claim: Supplier

Date or dates debt was incurred  7/2024-10/2024

Last 4 digits of account number  0743 __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

County of Riverside

PO Box 12005

Riverside, CA 92502-2205

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 30.00

Basis for the claim: Fee

Date or dates debt was incurred  9/2024

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Deborah Lytton

26128 Alizia Canyon Dr Unit A

Calabasas, CA 91302

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 6,950.00

Basis for the claim: Legal services

Date or dates debt was incurred  6,10/2024

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

Domain Networks

530-B Harlkle Road Ste. 100
Santa Fe, NM 87505

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$ 289.00

Basis for the claim: Services

Date or dates debt was incurred  9/2024

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Debtor    Lytton Vineyard & Winery, L.P.                                        Case number *(if known)* 1:24-bk-11748-VK
              Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Ecolab

26252 Network Pl

Chicago, IL 60673-1262

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,050.00

Basis for the claim: Supplier

Date or dates debt was incurred    7/2024-9/2024

Last 4 digits of account number    0001 __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Elisa Meyer

43980 Mahlon Vail Rd #3903

Temecula, CA 92592

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,425.00

Basis for the claim: Accounting services

Date or dates debt was incurred    1/2024 &10/2024

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

Empire Pest Defense Services Inc

1295 S Cawston Ave #376

Hemet, CA 92545

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 475.00

Basis for the claim: Services

Date or dates debt was incurred    1/2024

Last 4 digits of account number    A456 __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

Eversoft

PO Box 92769

Long Beach, CA 90809

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 2,365.65

Basis for the claim: Supplier

Date or dates debt was incurred    5,7,8/2024

Last 4 digits of account number    2296 __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

Frank Miglin

1412 Calle Redonda Ln

Escondido, CA 92026

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 598.00

Basis for the claim: Gift card

Date or dates debt was incurred    10/2024

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    Lytton Vineyard & Winery, L.P.
_____    Case number *(if known)* 1:24-bk-11748-VK
Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Hamilton Meat LLC

3515 Main St #208
Chula Vista, CA 91911

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Supplier

$                    20,695.12

Date or dates debt was incurred    8/2024-10/2024

Last 4 digits of account number    3701 __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Hill Springs Farms LLC

PO Box 1946
Durarte, CA 91009

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier

$                    354.10

Date or dates debt was incurred    6/2024-8/2024

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Ingardia Bros Produce

700 S Hathaway St
Santa Ana, CA 92705

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier

$                    36,790.91

Date or dates debt was incurred    7/2024-10/2024

Last 4 digits of account number    A456 __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Inland Empire Magazine

19069 Van Buren Blvd #114-340
Riverside, CA 92508

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

$                    895.00

Date or dates debt was incurred    10/2024

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Kelly Spicers Stores

3290 Tade Center Dr
Riverside, CA 92507

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier

$                    1,534.60

Date or dates debt was incurred    7/2024

Last 4 digits of account number    0965 __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Lytton Vineyard & Winery, L.P.**
Name

Case number *(if known)* 1:24-bk-11748-VK

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27**  Nonpriority creditor's name and mailing address

L'Artisan Valley Baking Co

31130 Plantation Dr
Thousand Palms, CA 92276

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Supplier

Date or dates debt was incurred   8/2024-10/2024

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$               1,545.35

**3.28**  Nonpriority creditor's name and mailing address

Lafitte Cork & Capsule

45 Executive Court
Napa, CA 94558

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier

Date or dates debt was incurred   4/2024-5/2024

Last 4 digits of account number   A209 ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$               6,705.83

**3.29**  Nonpriority creditor's name and mailing address

Lava Propane

1298 Distribution Way
Vista, CA 92081

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier

Date or dates debt was incurred   9/2024

Last 4 digits of account number   4081 ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$               163.78

**3.30**  Nonpriority creditor's name and mailing address

Maribeth Levine

23750 Long Valley Road
Hidden Hills, CA 91302

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loans

Date or dates debt was incurred   2,3,10/2024

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$               31,001.59

**3.31**  Nonpriority creditor's name and mailing address

Marolyn Miglin

1412 Calle Redonda Ln
Escondido, CA 92026

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift card

Date or dates debt was incurred   12/2023

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$               448.14

Debtor    Lytton Vineyard & Winery, L.P.
_____    Case number (if known) 1:24-bk-11748-VK
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.32** Nonpriority creditor's name and mailing address

Maurice Car'rie Winery

34225 Rancho California Rd
Temecula, CA 92591

Date or dates debt was incurred    11/2023-9/2024
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Wine storage

Is the claim subject to offset?
☑ No
☐ Yes

$ 19,404.00

---

**3.33** Nonpriority creditor's name and mailing address

Open Table Inc

Po Box 101861
Pasadena, CA 91189

Date or dates debt was incurred    10/2024
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,102.00

---

**3.34** Nonpriority creditor's name and mailing address

Pechanga Indian Reservation

PO Box 1477
Temecula, CA 92593

Date or dates debt was incurred    12/2023
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 60.00

---

**3.35** Nonpriority creditor's name and mailing address

Professional Rest Operations Solutions

59770 Stonewood Rd
Temecula, CA 92591

Date or dates debt was incurred    9/2023
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

$ 572.50

---

**3.36** Nonpriority creditor's name and mailing address

Ray Chastine

5388 Andrew Dr
La Palma, CA 90623

Date or dates debt was incurred    10/2024
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

$ 331.00

---

Debtor    Lytton Vineyard & Winery, L.P.
    Name

Case number *(if known)* 1:24-bk-11748-VK

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37**  **Nonpriority creditor's name and mailing address**

Reid & Hellyer APC

38979 Sky Canyon Dr #203
Murrieta, CA 92563

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal

$ 19,751.68

Date or dates debt was incurred  1/2024-6/2024
Last 4 digits of account number  0926 __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38**  **Nonpriority creditor's name and mailing address**

Republic National Distributing Co

PO Box 743564
Los Angeles, CA 90074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier

$ 2,312.38

Date or dates debt was incurred  5/2024-6/2024
Last 4 digits of account number  5868 __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39**  **Nonpriority creditor's name and mailing address**

Restaurant Services

15740 Via Barranca
Perris, CA 92570

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier

$ 797.50

Date or dates debt was incurred  9/2024
Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40**  **Nonpriority creditor's name and mailing address**

Scotto Cellars

712 Bancroft Rd #463
Walnut Creek, CA 94598

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** (Notice only)

$ 0.00

Date or dates debt was incurred  2/2024
Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41**  **Nonpriority creditor's name and mailing address**

SESAC Inc

PO Box 5246
New York, NY 10008-5246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** (Notice only)

$ 0.00

Date or dates debt was incurred  7/2024
Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Lytton Vineyard & Winery, L.P.                                      Case number *(if known)*  1:24-bk-11748-VK
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.42** | **Nonpriority creditor's name and mailing address**

Sip Dine Design LLC

33565 Pauba Rd
Temecula, CA 92592

Date or dates debt was incurred    4/2024
Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Services

Is the claim subject to offset?
☐ No
☐ Yes

$                    4,014.58

---

**3.43** | **Nonpriority creditor's name and mailing address**

Southern California Edison

PO Box 300
Rosemead, CA 91772-0001

Date or dates debt was incurred    10/2024
Last 4 digits of account number    9659 __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities

Is the claim subject to offset?
☒ No
☐ Yes

$                   12,976.68

---

**3.44** | **Nonpriority creditor's name and mailing address**

Southern Glazer's Wine & Spirits

17101 Valley View Ave
Cerritos, CA 90703

Date or dates debt was incurred    10/2024
Last 4 digits of account number    4402 __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier

Is the claim subject to offset?
☒ No
☐ Yes

$                       33.20

---

**3.45** | **Nonpriority creditor's name and mailing address**

Stone Distributing Co LLC

PO Box 25667
Pasadena, CA 91185-5667

Date or dates debt was incurred    9/2024
Last 4 digits of account number    8793 __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  (Notice only)

Is the claim subject to offset?
☒ No
☐ Yes

$                        0.00

---

**3.46** | **Nonpriority creditor's name and mailing address**

Superior Grove Management

40960 California Oaks Rd #262
Murrieta, CA 92562

Date or dates debt was incurred    7/2023-8/2024
Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☐ No
☐ Yes

$                   38,005.85

| Debtor | Lytton Vineyard & Winery, L.P. | Case number (if known) | 1:24-bk-11748-VK |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47** Nonpriority creditor's name and mailing address

SVP Winery LLC

PO Box 12958
San Luis Obispo, CA 93406

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supplier

Date or dates debt was incurred    4/2024
Last 4 digits of account number    3116 __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 13,568.00

---

**3.48** Nonpriority creditor's name and mailing address

Temecula Vally Winegrowers Assoc

42460 Ridge Park Dr Ste 240
Temecula, CA 92590

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Local sales tax

Date or dates debt was incurred    10/2024
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 9,321.99

---

**3.49** Nonpriority creditor's name and mailing address

The Pond Guy

2249 S Stage Coach Ln
Fallbrook, CA 92028

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred    9/2023-1/2024
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,740.00

---

**3.50** Nonpriority creditor's name and mailing address

The Phone Connection Inc

38755 Via Vista Grande
Murrieta, CA 92562

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred    9/2024
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 612.50

---

**3.51** Nonpriority creditor's name and mailing address

US Foods

PO Box 50631
Los Angeles, CA 90074-0631

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supplier

Date or dates debt was incurred    9/2024-10/2024
Last 4 digits of account number    9951 __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 9,783.63

---

Debtor    Lytton Vineyard & Winery, L.P.                              Case number *(if known)* 1:24-bk-11748-VK
           Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52** | **Nonpriority creditor's name and mailing address**

Venecacao LLC

5225 Canyon Crest Dr #71 Suite 330
Riverside, CA 92507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier

Date or dates debt was incurred    8/2024-9/2024
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ 351.00

---

**3.53** | **Nonpriority creditor's name and mailing address**

Waste Management

PO Box 541065
Los Angeles, CA 90054-1065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trash

Date or dates debt was incurred    10/2024
Last 4 digits of account number    0004 ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ 2,584.47

---

**3.54** | **Nonpriority creditor's name and mailing address**

William Scotsman Inc
195 East Morgan St
Perris, CA 92571

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rental

Date or dates debt was incurred    8/2024-10/2024
Last 4 digits of account number    5783 ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ 1,236.89

---

**3.55** | **Nonpriority creditor's name and mailing address**

Airespring
1801 W Olympic Blvd
Pasadena, CA 91199-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred    10/2024
Last 4 digits of account number    7153 ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ 1,318.49

---

**3.56** | **Nonpriority creditor's name and mailing address**

Konica Minolta Premier Finance
PO Box 41602
Philadelphia, PA 19101-1602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Copier lease

Date or dates debt was incurred    10/2024
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____ 1,044.30

---

| Debtor | Lytton Vineyard & Winery, L.P. | Case number *(if known)* | 1:24-bk-11748-VK |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57** | **Nonpriority creditor's name and mailing address**

Shelly Pettersen

38525 Celine Cove

Murrieta CA 92562

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 100.00

**Date or dates debt was incurred** 8/2024

**Basis for the claim:** Gift Card

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 1046 __ __ __

---

**3.58** | **Nonpriority creditor's name and mailing address**

Jonathon Murray

39555 De Marques Ct

Temecula, CA 92592

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 160.00

**Date or dates debt was incurred**

**Basis for the claim:** Gift Card

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 1018 & 1170

---

**3.59** | **Nonpriority creditor's name and mailing address**

Ramp

28 West 23rd Street, Floor 2

New York, NY 10010

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$ unknown

**Date or dates debt was incurred**

**Basis for the claim:** Credit card

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.60** | **Nonpriority creditor's name and mailing address**

Kara Schaal et al, c/o Blackstone Law, APC

8383 Wilshire Blvd, Suite 745

Beverly Hills, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ unknown

**Date or dates debt was incurred** Filed 9/19/2023

**Basis for the claim:** L&E lawsuit

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.61** | **Nonpriority creditor's name and mailing address**

Daniel Chapman et al, c/o D. Las, Inc.

880 E Broadway

Glendale, CA 91205

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ unknown

**Date or dates debt was incurred** Filed 10/10/2023

**Basis for the claim:** L&E lawsuit

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

Debtor    Lytton Vineyard & Winery, L.P.
      Name

Case number (if known)  1:24-bk-11748-VK

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.**   **Nonpriority creditor's name and mailing address**

Leticia Cordova

30755 Cocos Palms Ave

Homeland, CA 92548

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                 150.00

**Basis for the claim:**  Gift Card

**Date or dates debt was incurred**          12/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**     0813 __ __ __

---

**3. 3**   **Nonpriority creditor's name and mailing address**

S. Lytton Associates

23750 Long Valley Rd.

Hidden Hills, CA 91302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$          4,005,705.80

**Basis for the claim:**  Loan

**Date or dates debt was incurred**          various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**     __ __ __ __

---

**3.**   **Nonpriority creditor's name and mailing address**

Susan Lytton and Estate of Sheldon Lytton

23009 Rey Alberto Ct.

Calabasas, CA 91302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$          1,071,863.73

**Basis for the claim:**  Loan

**Date or dates debt was incurred**          various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**     __ __ __ __

---

**3.**   **Nonpriority creditor's name and mailing address**

Maribeth Levine

23750 Long Valley Rd.

Hidden Hills, CA 91302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$          185,077.80

**Basis for the claim:**  Loan

**Date or dates debt was incurred**          Dec. 2023

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**     __ __ __ __

---

**3.**   **Nonpriority creditor's name and mailing address**

Z. Zhang; T. Jin; Y Zhao; M. Yang; C. Wang

C/O Oscar Toscano, Attorney at Law

625 W. Broadway, Suite B - Glendale, CA 91204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

$

**Basis for the claim:**  LP litigation

**Date or dates debt was incurred**          Filed Sept 2023

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**     __ __ __ __

---

Debtor    Lytton Vineyard & Winery, L.P.                                    Case number (if known) 1:24-bk-11748-VK
            Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.___** Nonpriority creditor's name and mailing address

Lytton Family Trust

23009 Rey Alberto Ct.
Calabasas, CA 91302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    2,575.91

---

**3.___** Nonpriority creditor's name and mailing address   Eastern

Municipal Water District

 2270 Trumble Rd.
Perris,  CA       92570

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
X Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$    66,029.42

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

Debtor    Lytton Vineyard & Winery, L.P.
          _____
          Name

Case number (if known)  1:24-bk-11748-VK
                        _____

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies,
    assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    Lytton Vineyard & Winery, L.P.                                    Case number (if known)  1:24-bk-11748-VK
             Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. |  | $ 121,859.16 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 5,601,433.16 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. |  | $ 5,723,292.32 |

**Fill in this information to identify the case:**

Debtor name ___Lytton Vineyard & Winery, L.P.___

United States Bankruptcy Court for the ___Central___ District of ___California___
(State)

Case number (If known): ___1:24-bk-11748-VK___ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Copier machines (2) | Konica Minolta Business Solutions<br>3390 University Ave, Suite 600<br>Riverside, CA 92501 |
| | State the term remaining | Month-to-month | |
| | List the contract number of any government contract | N/A | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Cell phones (5 lines) | Verizon<br>PO Box 489<br>Newark, NJ 07101-0489 |
| | State the term remaining | Month-to-month | |
| | List the contract number of any government contract | N/A | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Dishmachine | Butler Chemicals Inc<br>3070 E Ceena Court<br>Anaheim, CA 92806 |
| | State the term remaining | Month-to-month | |
| | List the contract number of any government contract | N/A | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Office trailer | Willscot<br>PO Box 91975<br>Chicago, IL 60693-1975 |
| | State the term remaining | Month-to-month | |
| | List the contract number of any government contract | N/A | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Hosting events and use of certain land and buildings | Z Golf Food & Beverage Services, LLC<br>dba Wedgewood<br>43385 Business Park Drive Suite 220<br>Temecula, CA 92590 |
| | State the term remaining | 9 years, 2 months | |
| | List the contract number of any government contract | N/A | |

Debtor   Lytton Vineyard & Winery, L.P.                          Case number (*if known*) 1:24-bk-11748-VK
         Name

█   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Wine storage | Maurice Carrie |
|---|---|---|---|
| | | | 34225 Rancho California Rd |
| | | | Temecula, CA 92591 |
| | State the term remaining | Month-to-month | |
| | List the contract number of any government contract | N/A | |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___Lytton Vineyard & Winery, L.P.___

United States Bankruptcy Court for the: ___Central___ District of ___California___
(State)

Case number (If known): ___1:24-bk-11748-VK___

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | _____ City    State    ZIP Code | | |
| 2.2 _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | _____ City    State    ZIP Code | | |
| 2.3 _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | _____ City    State    ZIP Code | | |
| 2.4 _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | _____ City    State    ZIP Code | | |
| 2.5 _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | _____ City    State    ZIP Code | | |
| 2.6 _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | _____ City    State    ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name __Lytton Vineyard & Winery, L.P.__

United States Bankruptcy Court for the: __Central__ District of __California__
(State)

Case number (If known): __1:24-bk-11748-VK__

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024<br><sub>MM / DD / YYYY</sub> to | Filing date | ☑ Operating a business<br>☐ Other _____ | $ 3,624,340.00 |
| **For prior year:** | From 01/01/2023<br><sub>MM / DD / YYYY</sub> to | 12/31/2023<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other _____ | $ 5,783,463.00 |
| **For the year before that:** | From 01/01/2022<br><sub>MM / DD / YYYY</sub> to | 12/31/2022<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other _____ | $ 6,013,692.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024<br><sub>MM / DD / YYYY</sub> to | Filing date | See Statement #1 | $ 187,773.00 |
| **For prior year:** | From 01/01/2023<br><sub>MM / DD / YYYY</sub> to | 12/31/2023<br><sub>MM / DD / YYYY</sub> | See Statement #1 | $ 343,018.00 |
| **For the year before that:** | From 01/01/2022<br><sub>MM / DD / YYYY</sub> to | 12/31/2022<br><sub>MM / DD / YYYY</sub> | See Statement #1 | $ 27,379.00 |

Debtor    Lytton Vineyard & Winery, L.P.
_____
Name

Case number (if known) 1:24-bk-11748-VK
_____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Statement #2 | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State    ZIP Code | | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State    ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Deborah Lytton | 11/2024 - | $    7,675.00 | Legal services |
| | Insider's name | 7/2024 | | |
| | 26128 Alizia Canyon Dr Unit A | | | |
| | Street | | | |
| | Calabasas, CA 91302 | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Niece | | | |
| 4.2. | | | $_____ | |
| | Insider's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

Debtor    Lytton Vineyard & Winery, L.P.
_____    Case number (if known) 1:24-bk-11748-VK
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | Creditor's name | | | $ |
| | Street | | | |
| | City    State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Zhihong Shang et al v. Lytton | Limited Partner lawsuit | Riverside County Superior Court | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | 27401 Menifee Center Drive | ☐ Concluded |
| | **Case number** | | Street | |
| | CVME2403508 | | Menifee, CA 92584 | |
| | | | City    State    ZIP Code | |
| 7.2. | **Case title** | L&E lawsuit | Court or agency's name and address | ☑ Pending |
| | Kara Schaal v. Lytton Vineya | | Riverside County Superior Court | ☐ On appeal |
| | **Case number** | | Name | ☐ Concluded |
| | CVRI2304917 | | 4050 Main Street | |
| | | | Street | |
| | | | Riverside, CA 82501 | |
| | | | City    State    ZIP Code | |

Debtor  Lytton Vineyard & Winery, L.P.
_____
Name

Case number (if known)  1:24-bk-11748-VK
_____

---

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

   | Custodian's name and address | Description of the property | Value |
   |---|---|---|
   | _____ Custodian's name | _____ | $_____ |
   | _____ Street | **Case title** | **Court name and address** |
   | _____ City   State   ZIP Code | _____ | _____ Name |
   | | **Case number** | _____ Street |
   | | _____ | _____ City   State   ZIP Code |
   | | **Date of order or assignment** | |
   | | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

   | | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|---|
   | 9.1. | _____ Recipient's name | _____ | _____ | $_____ |
   | | _____ Street | _____ | | |
   | | _____ | | | |
   | | City   State   ZIP Code | | | |
   | | **Recipient's relationship to debtor** | | | |
   | | _____ | | | |
   | 9.2. | _____ Recipient's name | _____ | _____ | $_____ |
   | | _____ Street | _____ | | |
   | | _____ | | | |
   | | City   State   ZIP Code | | | |
   | | **Recipient's relationship to debtor** | | | |
   | | _____ | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☐ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
    |---|---|---|---|
    | Wine spoilage - insurance claim filed | _____ | unknown | $_____ |

---

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 4

Debtor    Lytton Vineyard & Winery, L.P.                                 Case number (if known) 1:24-bk-11748-VK
_____
Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before
the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring,
seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | ArentFox Schiff | | 3&7/2024 | $ 9,500.00 |
| | **Address** | | | |
| | 555 W Fifth Street, 48th Floor | | | |
| | Street | | | |
| | Los Angeles, CA 90013 | | | |
| | City                State      ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Echo Park Legal, APC | | 10/2024 | $ 22,000.00 |
| | **Address** | | | |
| | 2210 Sunset Blvd #301 | | | |
| | Street | | | |
| | Los Angeles, CA 90026 | | | |
| | City                State      ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to
a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **5**

| Debtor | Lytton Vineyard & Winery, L.P. | Case number *(if known)* | 1:24-bk-11748-VK |
|---|---|---|---|
| | Name | | |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____  To _____ |
| | Street | |
| | _____ | |
| | City        State        ZIP Code | |
| 14.2. | _____ | From _____  To _____ |
| | Street | |
| | _____ | |
| | City        State        ZIP Code | |

Debtor    Lytton Vineyard & Winery, L.P.         Case number *(if known)*   1:24-bk-11748-VK
_____
Name

---

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____ Facility name | _____ | _____ |
| | _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____ City  State  ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____ Facility name | _____ | _____ |
| | _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____ City  State  ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

---

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Name & address of wine club members

     Does the debtor have a privacy policy about that information?

       ☐ No

       ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

       ☐ No. Go to Part 10.

       ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

     Has the plan been terminated?

       ☐ No

       ☐ Yes

---

Debtor    Lytton Vineyard & Winery, L.P.                          Case number (if known) 1:24-bk-11748-VK
          Name

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name _____ Street _____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name _____ Street _____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City    State    ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Maurice Carrie Winery<br>Name<br>34225 Rancho California Rd<br>Street<br>Temecula, CA 92591<br>City    State    ZIP Code | Soomal Akhund<br>_____<br>_____<br>**Address**<br>34225 Rancho California Rd<br>Temecula, CA 92591 | Wine<br>_____<br>_____ | ☐ No<br>☑ Yes |

---

Debtor     Lytton Vineyard & Winery, L.P.                                      Case number (if known) 1:24-bk-11748-VK
          Name

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Wine owned and paid for by wine | Avensole Winery | Bottles of wine | $0,000.00 |
| Name | | | |
| by wine club members. | | | |
| Street | | | |
| | | | |
| City          State          ZIP Code | | | |

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor    Lytton Vineyard & Winery, L.P.
    Name

Case number (if known) 1:24-bk-11748-VK

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ − ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City        State        ZIP Code | | From _____    To _____ |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: ___ ___ − ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City        State        ZIP Code | | From _____    To _____ |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: ___ ___ − ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City        State        ZIP Code | | From _____    To _____ |

Debtor  __Lytton Vineyard & Winery, L.P._____     Case number (if known)_1:24-bk-11748-VK_____
         Name

---

**26.  Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. __Elisa Meyer, CPA_____ <br> Name <br> __43980 Mahlon Vail Rd #3903_____ <br> Street <br> _____ <br> __Temecula, CA 92592_____ <br> City                State        ZIP Code | From ___2017___  To _Present_ |
| 26a.2. _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City                State        ZIP Code | From _____  To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City                State        ZIP Code | From _____  To _____ |
| 26b.2. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City                State        ZIP Code | From _____  To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City                State        ZIP Code | _____ <br> _____ <br> _____ |

Debtor    Lytton Vineyard & Winery, L.P.    Case number (if known) 1:24-bk-11748-VK
Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name | |
| | Street | |
| | City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | Nano Banc |
| | Name |
| | 25220 Hancock Ave #140 |
| | Street |
| | Murrieta, CA 92562 |
| | City          State          ZIP Code |

| | Name and address |
|---|---|
| 26d.2. | American AG Credit |
| | Name |
| | Dept 34777 |
| | Street |
| | PO Box 3900 |
| | San Francisco, CA 94139-0001 |
| | City          State          ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Tasting room manager & Renato (winemaker) | 5/2024 | $    979,167.00 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | Maribeth Levine |
| | Name |
| | 23750 Long Valley Rd |
| | Street |
| | Hidden Hills, CA 91302 |
| | City          State          ZIP Code |

Debtor   Lytton Vineyard & Winery, L.P.                                Case number *(if known)* 1:24-bk-11748-VK
      Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  _____
      Name

      _____
      Street

      _____
      City                 State    ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lytton Estates LLC (Maribeth Levine, Mgr) | 23750 Long Valley Rd, Hidden Hills, CA | General Partner | 40.0 |
| Richard Laski | 470 Maylin St, Pasadena, CA | Interim CEO | 0 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Maribeth Levine<br>Name<br>23750 Long Valley<br>Street<br>Hidden Hills, CA 91302<br>City    State    ZIP Code<br>**Relationship to debtor**<br>Manager | $52600 | 11/2023 -<br>11/2024 | Local rental/car l |

Debtor    Lytton Vineyard & Winery, L.P.                Case number *(if known)* 1:24-bk-11748-VK
          Name

| Name and address of recipient | $25000 | 10/2024 | Retainer |
|---|---|---|---|
| 30.2 Wilshire Partners of CA, LLC | | | |
| Name | | | |
| 470 Maylin St | | | |
| Street | | | |
| Pasadena, CA 91105 | | | |
| City                 State        ZIP Code | | | |
| **Relationship to debtor** | | | |
| Interim CEO | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____        Printed name   RICHARD J. LASK, CEO
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   INTERIM CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**Lytton Vineyard & Winery, L.P.**
**United States Bankruptcy Court for the Central District of California**
**Case number:  1:24-bk-11748-VK**

**Form 207**

*Statement #1 - Part 1, Line 2 Non-Business Revenue:*

| Dates | | | |
|---|---|---|---|
| 1/1/2024 - 10/18/2024 | Sale of Wedding Dept. | $ | 166,667 |
| | Dividend Income | $ | 14,435 |
| | Insurance Claim | $ | 6,440 |
| | Other Income | $ | 231 |
| | Total | $ | 187,773 |
| | | | |
| 1/1/2023 - 12/31/2023 | ERC Employee Retention Credit | $ | 252,405 |
| | Gain on Sale of Asset | $ | 49,496 |
| | Dividend Income | $ | 15,440 |
| | Interest Income | $ | 24,852 |
| | Other Income | $ | 825 |
| | Total | $ | 343,018 |
| | | | |
| 1/1/2022 - 12/31/22 | Dividend Income | $ | 16,656 |
| | Other Income | $ | 10,723 |
| | Total | $ | 27,379 |

**Lytton Vineyard & Winery, L.P.**
**United States Bankruptcy Court for the Central District of California**
**Case number: 1:24-bk-11748-VK**

**Form 207**

*Statement #2 - Part 1, Line 3 Certain payments or transfers to creditors within 90 days before filing this case:*

| | Creditor | Dates | Total Amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| 3.1 | Cintas Corp Janitorial<br>PO Box 29059<br>Phoenix, AZ 85038-9059 | 7/26/2024<br>8/21/2024<br>9/18/2024 | 27,049.49 | Suppliers or Vendors |
| 3.2 | County of Riverside<br>PO Box 12005<br>Riverside, CA 92502-2205 | 9/13/2024 | 13,900.22 | Other - Property Taxes |
| 3.3 | Echo Park Legal, APC<br>2210 W Sunset Blvd #301<br>Los Angeles, CA 90026 | 10/17/2024 | 20,000.00 | Other - Legal Services Retainer |
| 3.4 | Eilisa Meyer, CPA<br>43980 Mahon Vail Rd #3903<br>Temecula, CA 92592 | 7/22/2024<br>8/20/2024<br>9/12/2024<br>10/7/2024 | 14,271.93 | Services |
| 3.5 | Great American Insurance Co<br>PO Box 89400<br>Cleveland, OH 44101 | 8/19/2024<br>9/18/2024<br>10/9/2024 | 25,715.56 | Other - Insurance |
| 3.6 | Guardian Plumbers<br>23905 Clinton Keith Rd 114/230<br>Windomar, CA 92595 | 8/6/2024<br>8/20/2024 | 8,851.12 | Services |
| 3.7 | Hamilton Meat LLC<br>3515 Main St #208<br>Chula Vista, CA 91911 | 7/22/2024<br>8/6/2024<br>8/20/2024<br>9/12/2024<br>9/26/2024 | 33,484.02 | Suppliers or Vendors |
| 3.8 | Ingardia Bros Produce<br>700 S Hathaway St<br>Santa Ana, CA 92705 | 7/22/2024<br>8/6/2024<br>8/20/2024<br>9/11/2024<br>9/26/2024 | 67,890.32 | Suppliers or Vendors |

**Lytton Vineyard & Winery, L.P.**
**United States Bankruptcy Court for the Central District of California**
**Case number:  1:24-bk-11748-VK**

**Form 207**

*Statement #2 - Part 1, Line 3 Certain payments or transfers to creditors within 90 days before filing this case:*

| | Creditor | Dates | Total Amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| 3.9 | Kaiser Foundation<br>PO Box 741562<br>Los Angeles, CA 90074-1562 | 7/24/2024<br>8/25/2024<br>9/25/2024 | 9,862.82 | Other - Insurance |
| 3.10 | Nano Bank<br>25220 Hancocl Ave #140<br>Murrieta, CA 92562 | 8/2/2024 | 44,193.21 | Secured Debt |
| 3.11 | Ramp<br>28 West 23rd Street Floor 2<br>New York, NY 10010 | 7/29/2024<br>9/9/2024<br>9/16/2024 | 19,036.32 | Other - Credit Card Payment |
| 3.12 | SCE<br>PO Box 300<br>Rosemead, CA 91772-0001 | 7/22/2024<br>9/23/2024<br>10/8/2024 | 43,251.53 | Other - Utilities |
| 3.13 | Southern Glazer's Wine & Spirit<br>17101 Valley View Ave<br>Cerritos, CA 90703 | 8/5/2024<br>8/12/2024<br>8/20/2024<br>8/23/2024<br>8/30/2024<br>9/10/2024<br>9/23/2024<br>9/27/2024<br>10/7/2024 | 7,671.24 | Suppliers or Vendors |
| 3.14 | Superior Grove Management<br>40960 California Oaks Rd #262<br>Murrieta, CA 92562 | 10/7/2024 | 15,000.00 | Services |
| 3.15 | Temecula Valley Winegrowers Assc<br>42460 Ridge Park Dr #240<br>Temecula, CA  92590 | 7/30/2024 | 12,772.86 | Other - Local sales tax |
| 3.16 | Toast Inc | 9/16/2024 | 16,200.90 | Other - Credit card processing fees |

**Lytton Vineyard & Winery, L.P.**
**United States Bankruptcy Court for the Central District of California**
**Case number:  1:24-bk-11748-VK**

**Form 207**

*Statement #2 - Part 1, Line 3 Certain payments or transfers to creditors within 90 days before filing this case:*

| | Creditor | Dates | Total Amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| | 401 Park Dr #801 | 8/6/2024 | | |
| | Boston, MA 02215 | 8/16/2024 | | |
| | | 9/9/2024 | | |
| | | 9/18/2024 | | |
| | | 9/18/2024 | | |
| | | | | |
| 3.17 | US Foods | 3/26/1902 | 23,795.41 | Suppliers or Vendors |
| | PO Box 50631 | 7/23/2024 | | |
| | Los Angeles, CA 90074-0631 | 7/25/2024 | | |
| | | 7/30/2024 | | |
| | | 8/2/2024 | | |
| | | 8/5/2024 | | |
| | | 8/9/2024 | | |
| | | 8/12/2024 | | |
| | | 8/19/2024 | | |
| | | 8/20/2024 | | |
| | | 8/29/2024 | | |
| | | 9/2/2024 | | |
| | | 9/4/2024 | | |
| | | 9/6/2024 | | |
| | | 9/12/2024 | | |
| | | 9/17/2024 | | |
| | | 9/20/2024 | | |
| | | 9/23/2024 | | |
| | | 10/1/2024 | | |
| | | | | |
| 3.18 | Waste Management | 9/19/2024 | 10,847.56 | Services |
| | PO Box 541065 | 10/1/2024 | | |
| | Los Angeles, CA 90054-1065 | 10/9/2024 | | |
| | | | | |
| 3.19 | Wilshire Partners of CA LLC | 10/7/2024 | 25,000.00 | Other - Interim CEO Retainer |
| | 470 Maylin St | | | |
| | Pasadena, CA 911050 | | | |
| | | | | |
| 3.20 | Wine Direct | 8/17/2024 | 8,098.79 | Services |
| | info@winedirect.com | 9/4/2024 | | |

**Lytton Vineyard & Winery, L.P.**
**United States Bankruptcy Court for the Central District of California**
**Case number:  1:24-bk-11748-VK**

**Form 207**

*Statement #2 - Part 1, Line 3 Certain payments or transfers to creditors within 90 days before filing this case:*

| | Creditor | Dates | Total Amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| 3.21 | California Tax & Fee Admin<br>1220 N Street<br>Sacramento, CA 95814 | 7/24/2024<br>7/30/2024<br>8/7/2024<br>8/21/2024<br>8/26/2024<br>9/4/2024<br>9/18/2024<br>9/23/2024 | 94,740.07 | Other - Sales Tax |
| 3.22 | Renaissance Wine Consulting<br>39710 Cambridge Pl<br>Temecula, CA 92591 | 7/31/2024<br>9/12/2024 | 9,871.90 | Services |

**Lytton Vineyard & Winery, L.P.**
**United States Bankruptcy Court for the Central District of California**
**Case number:  1:24-bk-11748-VK**

**Form 207**

*Statement #3 - Part 3, Line 7.3  Legal Actions:*

| Case Title | Case Number | Nature of Case | Court Name & Address | Status of Case |
|---|---|---|---|---|
| Daniel Chapman v. Lytton Vineyard & Winery, LP | CVRI2305377 | L&E lawsuit | Riverside County Superior Court 4050 Main Street Riverside, CA 92501 | Pending |